# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN REVIELLO, | : | Civil No. 3:17-CV-01707 |
| Plaintiff, | : | |
| v. | : | |
| BANKERS LIFE AND CASUALTY COMPANY and CNO FINANCIAL GROUP, INC., | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 7th day of July, 2020, upon review of the Defendants' motion for summary judgment, **IT IS ORDERED** that the motion, Doc. 24, is **GRANTED**. The court will defer entering judgment on the Plaintiff's claims until the remaining counterclaims filed by Defendant Bankers Life and Casualty Company are resolved.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Court Judge
                                              Middle District of Pennsylvania